# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

In re:

LATOSHA MILLER,  Case No. 03-30661-E
 Chapter 13
    Debtor.

## DEBTOR'S MOTION TO DISBURSE UNCLAIMED FUNDS

**COMES NOW** the debtor by and through counsel, and in support of her motion states that the Court Clerk is in possession of $3804.20, said funds having been disbursements to Rescomm Holdings #02 LLC on their unsecured claim which were returned to the Chapter 13 Trustee because Rescomm's interest in the obligation underlying the claim has been sold to Greentree Servicing.

**WHEREFORE, PREMISES CONSIDERED**, the debtor requests that after notice and opportunity for hearing, the funds being held by the Trustee be disbursed to the Debtor and for other relief as appropriate.

    Respectfully submitted,

    /s/ HENRY W. MILLER
    ATTORNEY FOR DEBTOR
    3569 Summer Ave
    Memphis, TN  38122
    (901) 327-3434
    B.P.R. 16817

Certificate of Service

I, Henry W. Miller, certify that on this 18th day of December, 2009, served or caused to be served, via U.S. mail or electronically, a true and correct copy of this objection to the following interested parties:

Debtor
Debtor's Attorney
Chapter 13 Trustee

Greentree Servicing
PO Box 6154
Rapid City, SD 57709-6154

Greentree Servicing, LLC
300 Landmark Towers
345 St. Peter St.
St. Paul, MN 55102

Greentree Servicing, LLC
c/o C T Corporation System
800 Gay Street, Suite 221
Knoxville TnN 37929-9710

Rescomm Holdings No. 2 LLC
6701 Carmel Rd., Ste 110
Charlotte, NC 28226

Rescomm Holdings No. 2 LLC
c/o Scott E Hoehn
6701 Carmel Rd., Ste 110
Charlotte, NC 28226

Rescomm Holdings No 2 LLC
PO Box 601012
Charlotte, NC 28260-1012

Latosha Miller
5053 Carterville Pl,
Memphis, TN 38127